UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

ACC-Q-DATA, INC.,

Case No. 14-30060-PGH
Chapter 11

___Debtor.___ /

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
NOV - 4 2014
FILED ___ RECEIVED

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ ] Plaintiff     [ ] Defendant     [ ] Debtor     [X] Other _Raj Shah_

Date of Hearing/Trial: **November 4, 2014 at 1:00 p.m.**

Type of Hearing/Trial: **Evidentiary Hearing on Amended Motion By Debtor For Entry Of An Order (A) Approving The Sale Of Substantially All Assets Of The Debtor Free And Clear Of All Liens, Claims And Encumbrances, Subject To Higher And Better Offers (B) Approving The Asset Purchase Agreement (C) Establishing Bidding Procedures, And (D) Waiving The Fourteen Day Stay Rule Per F.R.B.P. 6004(H) [ECF#37]**

SUBMITTED BY:     Julianne R. Frank, Esquire
Frank, White-Boyd, P.A.
2925 PGA Blvd., Suite 204
Palm Beach Gardens, FL 33410

| Exhibit | Description | Admitted | Refused | Not introduced |
|---|---|---|---|---|
| 1 | Numed Sunbiz report | X | | |
| 2 | Acc-Q-Data Management Systems Sunbiz report | X | | |
| 3 | Acc-Q-Data Sunbiz report | X | | |

LF-49 (rev. 12/01/09)     1

| Exhibit | Description | Admitted | Refused | Not introduced |
|---|---|---|---|---|
| 4 | Acc-Q-Data Profit & Loss 2013 | X | | |
| 5 | Acc-Q-Data Profit & Loss Aug. 2014 | X | | |
| 6 | Acc-Q-Data Profit & Loss Jan. 1, 2014 to July 25, 2014 | X | | |
| 7 | Acc-Q-Data Balance Sheet Aug. 31, 2014 | X | | |
| 8 | Excerpt Lisa Lake personal bankruptcy schedules | X | | |
| 9 | September DIP Report [ECF#46] | X | | |

LF-49 (rev. 12/01/09)                    2